IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KARL BUTLER,**<br>         Plaintiff,<br><br>            v.<br><br>**UPPER MERION TOWNSHIP, et al.,**<br>         Defendants. | **CIVIL ACTION**<br><br><br><br><br>NO.  22-3638 |

# ORDER

**AND NOW**, this 6th day of February, 2025, upon consideration of Defendants' Upper Merion Township (the "Township Defendant" or the "Township") and Jane/John Doe Officers 1-15 (the "Officer Defendants" or the "Officers") (together, the "Defendants") Motion to Dismiss for Failure to State a Claim (the "Motion") (ECF No. 6) and Plaintiff's Response in Opposition thereto (ECF No. 8), it is **ORDERED** that the Motion is **GRANTED IN PART** and **DENIED IN PART**.

**IT IS FURTHER ORDERED** that:

(1) the Motion is **GRANTED** as to Count II (*Monell* Municipal Liability pursuant to 42 U.S.C. § 1983) as to both Defendants;

(2) the Motion is **DENIED** as to Counts I (State-Created Danger pursuant to 42 U.S.C. § 1983) and III (Fourth and Fourteenth Amendment: Failure to Intervene) as to both Defendants; and

(3) as to Count VII (Intentional Infliction of Emotional Distress) and Plaintiff's request for punitive damages, the Motion is **GRANTED** as to the Township Defendant and **DENIED** as to the Officer Defendants.

**IT IS SO ORDERED.**

**BY THE COURT:**

*/s/ Hon. Kelley B. Hodge*
_____
**HODGE, KELLEY B., J.**